

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ABRAHAM MERON TESFAGEROGES, | Case No.:  26cv0351 DMS DDL |
| Petitioner, | **ORDER REQUIRING RESPONSE** |
| v. | |
| CHRISTOPHER LAROSE, Warden, Otay Mesa Detention Center, | |
| Respondent. | |

On January 15, 2026, Petitioner filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241.  On January 22, 2026, the Court issued an Order to Show Cause why the Petition should not be dismissed for failure to pay the filing fee or move to proceed in forma pauperis.  On February 6, 2026, the filing fee was paid, and on February 10, 2026, the Court discharged the Order to Show Cause.

Respondent shall file his response to the Petition on or before **March 23, 2026**. Petitioner shall file his reply on or before **March 26, 2026**.  Unless the Court orders otherwise, the matter will be submitted on the papers without oral argument.

To maintain the status quo, Respondent, his officers, agents, servants, employees, attorneys, and other persons who act in concert or participation with Respondent **MUST NOT** transfer Petitioner outside the Southern District of California pending the

1

Court's resolution of the Petition.  *See Doe v. Bondi*, Case No.: 25-cv-805-BJC-JLB, 2025 WL 1870979 at *1 (S.D. Cal. June 11, 2025) ("Federal courts retain jurisdiction to preserve the status quo while determining whether [they have] subject matter jurisdiction over a case and while a petition is pending resolution from the court.") (collecting cases).

**IT IS SO ORDERED**.

Dated:  March 16, 2026

Hon. Dana M. Sabraw
United States District Judge

26cv0351 DMS DDL